UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**CIVIL ACTION NO. 1:12cv0441 (WOB-SKB)**

**JAMES PRATER**                                                             **PETITIONER**

**VS.**                               <u>**ORDER**</u>

**WARDEN, CHILLICOTHE
CORRECTIONAL INSTITUTION**                               **RESPONDENT**

This matter is before the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. #13), and there being no objections filed thereto, and the Court being sufficiently advised,

**IT IS ORDERED** that the Report and Recommendation be, and it hereby is, **adopted** as the findings of fact and conclusions of law of this Court; that the respondent's motion to dismiss (Doc. #9) be, and it hereby is, **granted**; and that the petition for writ of habeas corpus, pursuant to 28 U.S.C. Section 2254, is hereby **dismissed, with prejudice**, on the ground that it is time-barred under 28 U.S.C. Section 2244(d). A separate Judgment shall enter concurrently herewith.

This 4th day of March, 2013.



Signed By:
<u>William O. Bertelsman</u> WOB
United States District Judge